Louis H. Pink, Superintendent of Insurance of the State of New York, as Liquidator of the Concord Casualty and Surety Company v. Jacob S. Meyer. — Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.

In the Matter of the Application of The People of the State of New York, by George S. Van Schaick, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business and Affairs of the General Indemnity Corporation of America. Claim No. 15-CO-550 — Claim of Theodore Lackey.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

Charles Fritz v. Sam Chertok and Julius Krasne and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of Eva Sobol for a Mandamus Order to Compel John L. Rice, as Commissioner of Health of the City of New York, to Reinstate Said Eva Sobol in the Position of Laboratory Assistant of the Department of Health of Said City of New York, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

In the Matter of the Application of Ralph C. Tobin and Others for an Order of Mandamus against Fiorello H. LaGuardia, as Mayor, and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

Jeanal Realty Corporation v. George H. Flinn Corporation.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Townley, Glennon, Untermyer and Dore, JJ.

Hayunga Holding Corporation v. Rodgers & Hagerty, Inc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.— Present — Townley, Glennon, Untermyer and Dore, JJ.

The Mutual Life Insurance Company of New York v. Charles B. Halsey and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.

Hessian Hills Country Club, Inc., and Another v. Hartford Fire Insurance Co. and Another. Hessian Hills Country Club, Inc., and Another v. The Home Insurance Company.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.

Samli Building Corporation v. President and Directors of the Manhattan Company and Chemical Bank and Trust Company and William L. Abrams.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.